IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROY AGELOFF   PETITIONER

VERSUS   CIVIL ACTION NO. 5:07cv124-DCB-MTP

CONSTANCE REESE   RESPONDENT

## ORDER

BEFORE THE COURT is the Petitioner's letter [26], construed as a motion, requesting copies of "all filings in this case." Petitioner claims that when he was transferred to his current facility, he was not allowed to bring his legal work. This case has been closed since August 20, 2009, and Petitioner has provided the court with no reason for why he desires or needs a copy of every document filed in this case. Nevertheless, it appears from the docket that, due to his failure to timely notify this court of a change in address, Petitioner may never have received a copy of the court's Order [22] adopting the undersigned's Report and Recommendations [20] and Judgment [23] dismissing the case with prejudice. *See* [21] [24] [25]. Accordingly,

IT IS ORDERED that Petitioner's motion [26] is granted in part and denied in part as follows:

1. The clerk of the court shall this day mail to Petitioner at his last known address a copy of the docket sheet and documents [20], [22] and [23].

2. To the extent that Petitioner seeks a copy of every document filed in this case, such request is denied.

SO ORDERED AND ADJUDGED this the 8th day of March, 2010.

                 s/ Michael T. Parker
                 United States Magistrate Judge